**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:18-cr-33-KDB-DCK-1**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| DEVON TERMAINE ROSE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**THIS MATTER** comes before the Court on Defendant's *pro se* "Motion Pursuant to 28 U.S.C. § 2244 Otherwise Motion Requesting Leave to File a Second or Successive Motion Pursuant to 28 U.S.C. § 2255," (Doc. No. 32), and the Court's May 5, 2020 Order, (Doc. No. 33).

Defendant filed this § 2244 Motion seeking leave to file a second or successive § 2255 motion to vacate, however, he has not previously filed a § 2255 motion to vacate. (Doc. No. 32). The Court issued an Order pursuant to pursuant to United States v. Castro, 540 U.S. 375, 124 S.Ct. 786, 157 L.Ed.2d 778 (2003) on May 5, 2020, informing Defendant of the consequences of recharacterizing his Motion as a § 2255 motion to vacate. (Doc. No. 33). The Court gave Defendant 20 days to inform the Court whether he was consenting to the recharacterization of his § 2244 Motion as a Motion to Vacate, or to file a superseding § 2255 Motion to Vacate. (Id.).

Defendant has now filed a superseding § 2255 Motion to Vacate that will be docketed in a separate civil case. The instant § 2244 Motion will therefore be denied as moot.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion Pursuant to 28 U.S.C. § 2244 Otherwise Motion Requesting Leave to File a Second or Successive Motion Pursuant to 28 U.S.C. § 2255," (Doc. No. 32), is **DENIED** as moot.

1

Signed: May 18, 2020

Kenneth D. Bell
United States District Judge